# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | No. 4:20-cv-01563-HSG<br>No. 4:20-cv-01494-HSG<br><br>**ORDER ESTABLISHING BRIEFING SCHEDULE AND PROCEDURES TO LITIGATE FISCAL YEAR 2020 BORDER BARRIER PROJECTS** |
| SIERRA CLUB, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | |

Upon consideration of the parties' stipulation submitted on March 5, 2020, and for good cause shown, the Court hereby orders:

1. The following deadlines shall govern briefing Plaintiffs' challenges to Defendants' fiscal year 2020 border barrier projects undertaken pursuant to 10 U.S.C. § 284:

| DATE | EVENT |
|---|---|
| March 6 | Administrative Record |
| March 30 | Plaintiffs' Motion For Summary Judgment |
| April 17 | Defendants' Opposition and Cross-Motion for Summary Judgment |

| April 24 | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion |
| April 29 | Defendants' Reply Memorandum in Support of Cross-Motion For Summary Judgment |

2.      Unless the Court believes that oral argument would be useful, the Court will decide the motions on the basis of the parties' written submissions without oral argument.  If the Court believes oral argument would be useful, the Court will inform the parties of a hearing date.

3.      The parties may incorporate by reference in their briefs any and all prior arguments they have respectively asserted in *State of California et al. v. Trump et. al.*, 4:19-cv-00872-HSG and *Sierra Club et al. v. Trump et al.*, 4:19-cv-00872-HSG, whether in this Court, the Ninth Circuit, or the Supreme Court, in lieu of fully re-briefing the same issues again in the current cases.  The parties' incorporation of their arguments by reference in this manner shall preserve all rights for further review of these issues on appeal.

4.      If Defendants elect to file consolidated briefs in both of the above-captioned cases, Defendants' Opposition and Cross-Motion shall not exceed 35 pages and Defendants' Reply Memorandum shall not exceed 20 pages.

5.      Plaintiffs' claims surrounding use of 10 U.S.C. § 2808 for border barrier projects are held in abeyance until the Department of Defense announces a decision to undertake additional border barrier military construction projects under this authority, including identification of the specific military construction projects that will be deferred in order to fund such additional border barrier projects, and the specific locations for those border barrier projects.  Within ten days of that announcement, the parties shall file a status report with the Court including a schedule for briefing dispositive motions on the claims relating to 10 U.S.C. § 2808.

6.      All other case management activity and discovery is stayed.  The parties may seek leave of Court to lift the stay of case management activity and discovery as appropriate.

7.      The parties are excused from mandatory participation in the Court's Alternative

1    Dispute Resolution Multi-Option Program.

2

3

4    **IT IS SO ORDERED**

5

6    DATED:  March 6, 2020

7                                              HAYWOOD S. GILLIAM, JR.
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28