1  DROR LADIN*
   NOOR ZAFAR*
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street, 18th Floor
3  New York, NY 10004
   Tel: (212) 549-7303
4  dladin@aclu.org
   nzafar@aclu.org
5  *Admitted pro hac vice

6  CECILLIA D. WANG (SBN 187782)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  39 Drumm Street
   San Francisco, CA 94111
8  Tel: (415) 343-0770
   cwang@aclu.org
9
   SANJAY NARAYAN (SBN 183227)**
10 GLORIA D. SMITH (SBN 200824)**
   SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
11 2101 Webster Street, Suite 1300
   Oakland, CA 94612
12 Tel: (415) 977-5772
   sanjay.narayan@sierraclub.org
13 gloria.smith@sierraclub.org
   **Counsel for SIERRA CLUB
14
   *Attorneys for Plaintiffs* (Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity; MARK T. ESPER, Secretary of Defense, in his official capacity; and CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, <br><br> *Defendants.* | Case No.: 4:20-cv-01494-HSG <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

Additional counsel for Plaintiffs:

MOLLIE M. LEE (SBN 251404)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
*mlee@aclunc.org*

ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
*asegura@aclutx.org*

On March 27, 2020, the parties filed a Stipulated Request for Order Changing Time. Having considered the papers and pleadings on file, the Court GRANTS the Stipulated Request and ORDERS the following modification of the briefing schedule:

| DATE | EVENT |
|---|---|
| April 13 (previously March 30) | Plaintiffs' Motion For Summary Judgment |
| May 1 (previously April 17) | Defendants' Opposition and Cross-Motion for Summary Judgment |
| May 8 (previously April 24) | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion |
| May 13 (previously April 29) | Defendants' Reply Memorandum in Support of Cross-Motion For Summary Judgment |

**IT IS SO ORDERED.**

Dated: 3/30/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA