UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

SIERRA CLUB, *et al.*,

    Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

    Defendants.

No. 4:20-cv-01494-HSG

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, and for good cause shown, IT IS HEREBY ORDERED as follows:

<u>Permanent Injunction</u>

The Court has found that Plaintiffs have shown that Defendants' actions exceed their authority, that irreparable harm will result from those actions, and that the balance of hardships and public interest favor Plaintiffs and counsel in favor of an injunction.

Accordingly, IT IS HEREBY ORDERED that Defendants Mark T. Esper, in his official capacity as Secretary of Defense; and Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security (collectively, "Defendants"), and all persons acting under their direction, are permanently enjoined from using military funds appropriated for other purposes to build a border wall in the areas Defendants have identified as in the areas Defendants have identified as El Centro A, Tucson A, Tucson B, Tucson C, El Paso A, El Paso B, El Paso C, El Paso D, San Diego A, Yuma A, Yuma B, Del Rio A, and Del Rio B. **IT IS SO ORDERED.**

DATED: _____, 2020

                                _____
                                HAYWOOD S. GILLIAM, JR.
                                United States District Judge