**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*.<br><br>SIERRA CLUB, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | No. 4:20-cv-01563-HSG<br>No. 4:20-cv-01494-HSG<br><br>**[PROPOSED]** **ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS AMICUS CURIAE** (as modified) |

Upon consideration of the motion of the United States House of Representatives for leave to file an amicus brief in the above-captioned matters, it is hereby ORDERED that the motion is GRANTED.   Counsel is directed to file the House's amicus brief on the docket in this matter.

Dated:   4/17/2020

*[signature: Haywood S. Gilliam, Jr.]*

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF
OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS AMICUS CURIAE
(Nos. 4:20-cv-01563-HSG, 4:20-cv-01494-HSG)