JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | No. 4:20-cv-01563-HSG<br>No. 4:20-cv-01494-HSG<br><br>**STIPULATED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 26, 2020** |
| SIERRA CLUB, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:20-cv-01563-HSG – Stipulation re Case Mgt. Conference
*Sierra Club, et al. v. Donald J. Trump, et al.*, 4:20-cv-01494-HSG – Stipulation re Case Mgt. Conference

1

1 | Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned cases jointly request that the case management conference scheduled for May 26, 2020, be vacated and removed from the Court's calendar. The parties stipulate and agree as follows:

1. On March 6, 2020, the Court issued an order establishing a schedule and procedures to litigate these cases by means of expedited motions for summary judgment. *See California*, ECF No. 21; *Sierra Club*, ECF No. 15. The motions were fully briefed as of May 13, 2020, and the Court indicated that the motions would be decided without a hearing unless the Court believed oral argument would be useful. *See id.*

2. In light of the current posture of the cases, Plaintiffs and Defendants agree there is no need for the Court to hold a case management conference on May 26, 2020.

3. Approving this stipulation would not impact any other deadlines in this case.

4. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

DATE:  May 19, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

*State of California, et al. v. Donald J. Trump, et al.*, 4:20-cv-01563-HSG – Stipulation re Case Mgt. Conference
*Sierra Club, et al. v. Donald J. Trump, et al.*, 4:20-cv-01494-HSG – Stipulation re Case Mgt. Conference

2

|   |   |
|---|---|
| | RACHAEL L. WESTMORELAND |
| | KATHRYN C. DAVIS |
| | MICHAEL J. GERARDI |
| | LESLIE COOPER VIGEN |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20530 |
| | Tel.:   (202) 616-5084 |
| | Fax:   (202) 616-8470 |
| | E-Mail:  Andrew.Warden@usdoj.gov |
| | |
| | *Counsel for Defendants* |

/s/ *Dror Ladin*
Dror Ladin
Noor Zafar
Jonathan Hafetz
Hina Shamsi
Omar C. Jadwat
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2564
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiffs in*
*4:20-cv-1494-HSG*

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
BRIAN J. BILFORD
SPARSH S. KHANDESHI
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II

*/s/ Lee I. Sherman*
LEE I. SHERMAN
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: (213) 269-6404
E-mail: Lee.Sherman@doj.ca.gov

*Attorneys for Plaintiff State of*
*California in 4:20-cv-1563-HSG*

|   |   |
|---|---|
| 1 | **DECLARATION** |
| 2 | I declare, under penalty of perjury, that the factual assertions contained in this stipulation |
| 3 | are true and correct to the best of my knowledge. |

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)