UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | No. 4:20-cv-01563-HSG<br>No. 4:20-cv-01494-HSG<br><br>[~~PROPOSED~~] **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants. | |

Upon consideration of the parties' stipulation submitted on May 19, 2020, and for good cause shown, the Court hereby orders that the case management conference scheduled for May 26, 2020, is vacated and removed from the Court's calendar.

**IT IS SO ORDERED**

DATED: 5/20/2020

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

*State of California, et al. v. Donald J. Trump, et al.*, 4:20-cv-01563-HSG – Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:20-cv-01494-HSG – Order

1