UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**ORDER (AS MODIFIED) WITHDRAWING PENDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT, REFERRING CASES TO MAGISTRATE JUDGE TO FACILITATE SETTLEMENT DISCUSSIONS, AND STAYING PROCEEDINGS** |

Upon consideration of the parties' stipulation submitted on September 13, 2021, and for good cause shown, the Court hereby **ORDERS**:

1. Plaintiffs' motion for partial summary judgment in *California II* (4:20-cv-1563) (ECF Nos. 55) is withdrawn without prejudice by counsel;

2. Plaintiffs' motion for partial summary judgment in *Sierra Club II* (4:20-cv-01494) (ECF Nos. 23) is withdrawn without prejudice by counsel;

3. Defendants' motions for partial summary judgment in *California II* (ECF No. 62) and *Sierra Club II* (ECF No. 30) are withdrawn without prejudice by counsel.

4. Pursuant to Local Rule 16-8 and Alternative Dispute Resolution Local Rule 7-2,

*State of California, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01563-HSG – Order
*Sierra Club, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01494-HSG – Order

1

1. the above-captioned cases are referred to the Honorable Judge Donna M. Ryu for a settlement conference. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Ryu.

5. Consistent with the orders of the Supreme Court and the Ninth Circuit, the Court further **VACATES** the judgments in *Sierra Club v. Biden*, No. 19-cv-0892 and *California v. Biden*, Case No. 19-cv-0872 regarding border wall construction pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808.

6. The above-captioned cases are stayed pending further order of the Court;

7. The parties shall submit a joint status report within 90 days of this order addressing further proceedings in these cases.

**IT IS SO ORDERED**

DATED: September 13, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

*State of California, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01563-HSG – Order
*Sierra Club, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01494-HSG – Order

2