UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al,<br>    Plaintiffs,<br>v.<br>BIDEN, et al.,<br>    Defendants. | **RELATED CASES:**<br>Case No. 4:19-cv-00872-HSG (DMR) |
| SIERRA CLUB, et al,<br>    Plaintiffs,<br>v.<br>BIDEN, et al.,<br>    Defendants. | Case No. 4:19-cv-00892-HSG (DMR) |
| SIERRA CLUB, et al,<br>    Plaintiffs,<br>v.<br>BIDEN, et al.,<br>    Defendants. | Case No. 4:20-cv-1494-HSG (DMR) |
| STATE OF CALIFORNIA, et al,<br>    Plaintiffs,<br>v.<br>BIDEN, et al.,<br>    Defendants. | Case No. 4:20-cv-1563-HSG (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **July 26, 2022 at 12:00 p.m. Pacific Time**, in Oakland, by Videoconference only.

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated October 13, 2021. [*See* Docket No. 312 in 4:19-cv-00872-HSG; *See* Docket No. 326 in 4:19-00892-HSG; *See* Docket No. 57 in 4:20-cv-01494-HSG; and *See* Docket No. 106 in 4:20-cv-01564-HSG.]

**IT IS SO ORDERED.**

Dated: May 28, 2022

DONNA M. RYU
United States Magistrate Judge