1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  ALEXANDER K. HAAS
   Director, Federal Programs Branch
3  ANTHONY J. COPPOLINO
   Deputy Director, Federal Programs Branch
4  ANDREW I. WARDEN (IN #23840-49)
   Senior Trial Counsel
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  1100 L Street, NW
   Washington, D.C. 20530
7  Tel.:    (202) 616-5084
   Fax:     (202) 616-8470
8
   *Attorneys for Defendants*
9

10              UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND DIVISION
12

13 | STATE OF CALIFORNIA, *et al.*, |
14 |                      Plaintiffs, |
15 |          v.                     |   No. 4:19-cv-00872-HSG
16 |                                 |   No. 4:19-cv-00892-HSG
   | JOSEPH R. BIDEN, JR., *et al.*, |   No. 4:20-cv-01494-HSG
17 |                                 |   No. 4:20-cv-01563-HSG
   |                      Defendants. |
18 |                                 |   **JOINT STATUS REPORT**
19 | SIERRA CLUB, *et al.*,          |
20 |                      Plaintiffs, |
21 |          v.                     |
22 | JOSEPH R. BIDEN, JR., *et al.*, |
23 |                      Defendants. |
24

25          In accordance with the Court's Order of March 15, 2022, Plaintiffs and Defendants submit

26  the following joint status report addressing proceedings in the above-captioned cases.

27          The parties remain in active settlement discussions and request that the Court continue the

28

stay of these cases for 90 days.  On March 15, 2022, Magistrate Judge Ryu conducted a video status conference that set a schedule for upcoming proceedings in the settlement process.  The parties have since exchanged information related to Plaintiffs' environmental settlement demands. Defendants are due to provide Plaintiffs with additional information on June 17, 2022, and Judge Ryu has scheduled a mediation session with the parties via videoconference on July 26, 2022.

The parties continue believe that their settlement discussions in these complex matters are progressing forward in good faith.  The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The parties propose to file another joint status report on September 13, 2022.


DATE:  June 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

1

2
*/s/ Dror Ladin*

3
DROR LADIN*
NOOR ZAFAR*
HINA SHAMSI*

4
OMAR C. JADWAT*

5
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

6
125 Broad Street, 18th Floor
New York, NY  10004

7
Tel: (212) 549-2660

8
dladin@aclu.org
hshamsi@aclu.org

9
ojadwat@aclu.org
nzafar@aclu.org

10

11
CECILIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION

12
FOUNDATION
39 Drumm Street

13
San Francisco, CA  94111
Tel: (415) 343-0770

14
cwang@aclu.org

15

16
SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**

17
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM

18
2101 Webster Street, Suite 1300
Oakland, CA 94612

19
Tel: (415) 977-5772

20
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

21

22
*Attorneys for Plaintiffs in*
*4:19-cv-00892-HSG and*

23
*4:20-cv-01494-HSG*

24
*Admitted pro hac vice

25
**Attorneys for Plaintiff Sierra Club only*

26

27

28

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
JAMES F. ZAHRADKA II
Supervising Deputy Attorneys General
JANELLE M. SMITH

*/s/ James E. Richardson*
JAMES E. RICHARDSON
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel.: (510) 879-0285
E-mail: James.Richardson@doj.ca.gov

*Attorneys for Plaintiff State of*
*California in 4:19-cv-00872-HSG and*
*4:20-cv-01563-HSG*