MICHELLE (MINJU) CHO, CA SBN 321939
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
Email: mcho@aclunc.org

*Counsel for Plaintiffs*
*(Additional counsel listed on second page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>               Plaintiffs,<br><br>     vs.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>               Defendants. | Case No.: 4:19-cv-00892-HSG<br>             4:20-cv-01494-HSG<br><br>**NOTICE OF SUBSTITION OF COUNSEL**<br><br>The Honorable Haywood S. Gilliam Jr. |

NOTICE OF SUBSTITUTION OF COUNSEL

DROR LADIN*
NOOR ZAFAR*
JONATHAN HAFETZ*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Admitted pro hac vice

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org


SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
**Counsel for Plaintiff SIERRA CLUB

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org
*Admitted pro hac vice

1    TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

2    NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

3    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance

4    of Minju Cho, Staff Attorney with the American Civil Liberties Union Foundation of Northern

5    California, Inc. as counsel for plaintiffs in this action. Ms. Cho is replacing Vasudha Talla, who is no

6    longer associated with the American Civil Liberties Union Foundation of Northern California and

7    hereby withdraws as counsel in this matter. Additional counsel listed on the caption of this document

8    also continue to represent Plaintiffs in this matter. The Clerk is requested to remove Vasudha Talla

9    from all service lists in this case, including, but not limited to, the service list contained in the Court's

10   CM/ECF system.

11

12   Dated:  July 5, 2022                          Respectfully Submitted,

13   _____

14                                               Michelle (Minju) Cho
                                                 ACLU FOUNDATION OF
                                                 NORTHERN CALIFORNIA, INC.
15                                               39 Drumm Street
                                                 San Francisco, CA 94111
16                                               Tel.: (415)-621-2493
                                                 Fax: (415) 255-1478
17                                               Email: mcho@aclunc.org

18

19

20

21

22

23

24

25

26

27

28

1

1

**CERTIFICATE OF SERVICE**

2

       I, Minju Cho, an attorney at American Civil Liberties Union Foundation of Northern

3

California certify that on July 5, 2022, I served the above and foregoing Plaintiff's Notice of

4

Substitution of Counsel, by causing true and accurate copies of such paper to be filed and transmitted

5

to all counsel of record via the Court's CM/ECF electronic filing system, on this the 5th day of July

6

2022.

7

Dated:  July 5, 2022                              Respectfully Submitted,

8

9

                         *Michelle Minju Cho*
_____

10

                         Michelle (Minju) Cho
                         ACLU FOUNDATION OF

11

                         NORTHERN CALIFORNIA, INC.
                         39 Drumm Street

12

                         San Francisco, CA 94111
                         Tel.: (415)-621-2493

13

                         Fax: (415) 255-1478
                         Email: mcho@aclunc.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL