BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order of June 14, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

stay of these cases for 45 days.  On July 26, 2022, Magistrate Judge Ryu conducted a mediation settlement conference focused on environmental remediation issues.  The discussion was productive and the parties agreed to exchange additional information following the conference.  On September 9, 2022, Defendants and the States of California and New Mexico sent follow-up letters addressing several topics discussed during the mediation conference.  The parties are currently in the process of reviewing the recent letter exchange and anticipate that settlement discussions facilitated by Judge Ryu will continue.

The parties continue believe that their settlement discussions in these complex matters are progressing forward in good faith.  The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The parties propose to file another joint status report on October 28, 2022.

DATE:  September 13, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | | |
| 2 | /s/ Cecillia D. Wang | ROB BONTA |
| | NOOR ZAFAR* | Attorney General of California |
| 3 | HINA SHAMSI* | ROBERT W. BYRNE |
| | OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| 4 | AMERICAN CIVIL LIBERTIES UNION | EDWARD H. OCHOA |
| | FOUNDATION | Senior Assistant Attorneys General |
| 5 | 125 Broad Street, 18th Floor | MICHAEL P. CAYABAN |
| | New York, NY 10004 | JAMES F. ZAHRADKA II |
| 6 | Tel: (212) 549-2660 | Supervising Deputy Attorneys General |
| 7 | dladin@aclu.org | JANELLE M. SMITH |

/s/ Cecillia D. Wang
NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
Tel: (212) 549-2660
dladin@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
nzafar@aclu.org

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA  94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

*Attorneys for Plaintiffs in
4:19-cv-00892-HSG and
4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only*

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
JAMES F. ZAHRADKA II
Supervising Deputy Attorneys General
JANELLE M. SMITH

/s/ James E. Richardson
JAMES E. RICHARDSON
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel.: (510) 879-0285
E-mail: James.Richardson@doj.ca.gov

*Attorneys for Plaintiff State of
California in 4:19-cv-00872-HSG and
4:20-cv-01563-HSG*