**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | No. 4:20-cv-01563-HSG |
| | No. 4:20-cv-01494-HSG |
| *Plaintiffs*, | |
| v. | **ORDER** |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |
| SIERRA CLUB, *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

The Court hereby GRANTS amicus curiae the United States House of Representatives' motion for Douglas N. Letter to withdraw as attorney for amicus curiae in this matter.

Dated: 1/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge