# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-CV-00892-HSG <br> No. 4:20-CV-01494-HSG <br><br> **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Upon consideration of Plaintiffs' unopposed motion to dismiss with prejudice in light of the settlement agreement signed by all parties, IT IS HEREBY ORDERED that the above-captioned cases are DISMISSED WITH PREJUDICE in their entirety as to as to all parties, pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court retains jurisdiction over these cases for a period of four years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is incorporated into this order. A party may request that the Court extend its jurisdiction if settlement obligations are not completed within those four years and the party believes it necessary for the Court to retain jurisdiction to enforce the parties' settlement agreement. Any such request shall be submitted by motion.

Dated: 7/17/2023

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge