| | |
|---|---|
| Cecillia D. Wang (SBN 187782)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>Tel: (415) 343-0770<br>*cwang@aclu.org* | BRETT A. SHUMATE<br>Assistant Attorney General<br>ANDREW I. WARDEN<br>Assistant Director, Federal Programs Branch<br>SAM BEAN (MD)<br>Trial Counsel<br>U.S. Department of Justice |
| David A. Donatti*<br>Savannah Kumar*<br>ACLU OF TEXAS<br>P.O. Box 8306<br>Houston, TX 77288<br>Tel: (713) 942-8146<br>*ddonatti@aclutx.org*<br>*skumar@aclutx.org* | Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Tel.:  (202) 616-5084<br>Fax:  (202) 616-8470<br><br>*Attorneys for Defendants* |
| Gloria D. Smith (SBN 200824)**<br>SIERRA CLUB ENVIRONMENTAL LAW PROGRAM<br>2102 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Tel: (415) 977-5532<br>*gloria.smith@sierraclub.org* | |

*Admitted Pro Hac Vice
**Attorney for Plaintiff Sierra Club only

*Attorneys for Plaintiffs* (additional counsel listed on following page)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　　Defendants. | No. 19-cv-892-HSG<br>No. 20-cv-1494-HSG<br><br>**STIPULATED REQUEST FOR PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO RULE 60(B)(6)** |

STIPULATED REQUEST FOR PROPOSED BRIEFING SCHEDULE
Case Nos. 19-cv-00892-HSG; 20-cv-01494-HSG

Additional counsel for Plaintiffs:

Jeffrey S. Stein*
AMERICAN CIVIL LIBERTIES UNION FOUDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8904
jstein@aclu.org

*Admitted Pro Hac Vice

1    Pursuant to Local Rule 7-12, the parties in the above-captioned case stipulate and agree as follows:

2    1.   Pursuant to the Court's Order of November 4, 2025, the parties are required to submit a proposed schedule for briefing Plaintiffs' motion for relief pursuant to Federal Rule of Civil Procedure 60(b)(6). *See* ECF No. 402.

3    2.   Since the Court issued its Order, the parties have met and conferred about a proposed briefing schedule. During that conferral, Plaintiffs notified Defendants of additional alleged breaches of the Settlement Agreement and Defendants requested that a briefing schedule for Plaintiffs' anticipated Rule 60(b)(6) motion accommodate Defendants' counsel's family leave, which ends on January 12, 2026.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that the parties adhere to the following briefing schedule:

Plaintiffs may file their brief in support of a Rule 60(b)(6) motion on or before January 12, 2026. Defendants may file their response brief on or before February 11, 2026. Plaintiffs may file their reply brief on or before February 25, 2026.

A proposed order is attached.

Dated: November 11, 2025

Respectfully submitted,

By: */s/* David Donatti

David A. Donatti*
Savannah Kumar*
ACLU OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 942-8146
*ddonatti@aclutx.org*
*skumar@aclutx.org*

Cecillia D. Wang (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700

San Francisco, CA 94104
Tel: (415) 343-0770
*cwang@aclu.org*

Jeffrey S. Stein*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (646) 905-8904
*jstein@aclu.org*

Gloria D. Smith (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2102 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5532
*gloria.smith@sierraclub.org*

*Admitted Pro Hac Vice
**Attorney for Plaintiff Sierra Club only

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Sam Bean*
SAMUEL BEAN (MD)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 616-5084
Fax: (202) 616-8470
E-Mail: Samuel.B.Bean2@usdoj.gov
*Counsel for Defendants*

---

STIPULATED REQUEST FOR PROPOSED BRIEFING SCHEDULE
CASE NOS. 19-CV-00892-HSG; 20-CV-01494-HSG