IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| SIERRA CLUB, *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | No. 19-cv-892-HSG<br>No. 20-cv-1494-HSG<br>**ORDER AS MODIFIED ESTABLISHING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO RULE 60(B)(6)** |
|---|---|

Upon consideration of the parties' stipulation submitted on November 11, 2025, and for good cause shown, the Court hereby orders:

Plaintiffs may file their brief in support of a Rule 60(b)(6) motion on or before January 12, 2026. Defendants may file their response brief on or before February 11, 2026. Plaintiffs may file their reply brief on or before February 25, 2026. The Court further **SETS** a hearing on the anticipated Rule 60(b)(6) motion for March 19, 2026, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

Dated: November 12, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge